Steven P. Kelly, Esq.
Stern & Eisenberg, PC
1040 N. Kings Highway, Suite 407
Cherry Hill, NJ 08034
Telephone: (609) 397-9200
Facsimile: (856) 667-1456

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| In Re:<br><br>    Arvene R. Yeager<br><br>    Debtor(s) | Chapter 13<br><br>Case Number: 18-30126-CMG<br><br>Judge: Christine M. Gravelle |
|---|---|

**AMENDED OBJECTION OF ASPEN PROPERTIES GROUP LLC TO DEBTOR'S CHAPTER 13 PLAN WITH RESPECT TO REAL PROPERTY LOCATED AT 17 HARBORAGE AVE, BAYVILLE, NJ 08721**

Aspen Properties Group LLC (hereinafter, "Creditor"), through its Counsel, Stern & Eisenberg, PC, respectfully requests that this Honorable Court deny confirmation of the Chapter 13 Plan filed by Debtor Arvene R. Yeager (hereinafter, "Debtor"). In support thereof, Creditor respectfully represents as follows:

1. On July 11, 2006, Debtor signed a note and mortgage in the principal sum of $76,383.37, evidencing a loan from Wells Fargo Bank, N.A. in the same amount, secured by the real property located at 17 Harborage Ave, Bayville, NJ 08721 (hereinafter, the "Property"), as evidenced by a mortgage recorded with the Clerk of Ocean County on August 8, 2006 in Book 13285 at Page 1147 as Instrument No. 2006130002.

2. Creditor is the holder of the note and assignee of the mortgage.

3. Debtor filed a Chapter 13 Bankruptcy Petition on October 9, 2018 and as a result, any State Court proceedings were stayed.

4. Creditor objects to Debtor's proposed Chapter 13 Plan (hereinafter, the "Plan") for the following reasons:

    a) The Plan is infeasible in that the Plan:

        i. Is underfunded and does not provide sufficient funds to pay the claims.

        ii. Does not provide for sufficient funds to Creditor in order to cure the pre-petition arrears due to Creditor in the amount of $91,940.78.

    b) The Plan does not adequately provide for post-petition payments in the monthly amount of $783.37.

5. By proposing to pay Creditor as proposed, the Plan violates the standards of 11 USC § 1325(a)(5)(B)(i) and (ii) because it pays Creditor less than the allowed amount of such claim.

6. Further, the Debtor seeks to improperly modify or bifurcate Creditor's secured claim on Debtor's real property without a determination as to the value of the real property as provided by 11 U.S.C. § 1322(b)(2) and 11 U.S.C. § 506(a).

7. Creditor also objects to Debtor's failure to apply all his disposable income for a 5-year period to the Plan in violation of 11 U.S.C. § 1322(a)(4). Debtor's Schedule J shows monthly disposable income of $2,298.94, yet Debtor proposes to pay only a fraction of that amount, $220.00, each month. Such gross underpayment would severely prejudice all unsecured creditors, including Creditor should Debtor be successful in his attempt to declare Creditor's lien unsecured.

8. This Objection is made in accordance with the Federal Rules of Bankruptcy Procedure.

    WHEREFORE, Creditor, Aspen Properties Group LLC by and through its Counsel, Stern & Eisenberg, PC, respectfully requests that this Honorable Court deny confirmation of the Chapter 13 Plan and dismiss the Chapter 13 Bankruptcy Petition together with such other relief this Court deems necessary and appropriate.

Respectfully Submitted:

Stern & Eisenberg, PC

By: _/s/ STEVEN P. KELLY, ESQ._
STEVEN P. KELLY, ESQ.
Stern & Eisenberg, PC
1040 N. Kings Highway, Suite 407
Cherry Hill, NJ 08034
skelly@sterneisenberg.com
Phone: (609) 397-9200
Fax: (856) 667-1456
Bar Number: 010032010

Date: February 12, 2019                      Counsel for Movant

STEVEN P. KELLY, ESQ.
STERN & EISENBERG, PC
1040 N. KINGS HIGHWAY, SUITE 407
CHERRY HILL, NJ 08034
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| In Re:  Arvene R. Yeager  Debtor(s) | Chapter 13  Case Number: 18-30126-CMG  Judge: Christine M. Gravelle |
|---|---|

| Recommended Local Form | ☐ Followed | ☑ Modified |
|---|---|---|

ORDER DENYING CONFIRMATION

The relief set forth on the following page is hereby **ORDERED.**

(page 2)
Debtor: Arvene R. Yeager

Case Number: 18-30126-CMG

Caption of Order: Order Denying Confirmation (and other relief)

    Upon the Motion of Aspen Properties Group LLC, through its Counsel, Stern & Eisenberg, PC, under the Bankruptcy Code and Rules of Bankruptcy Procedure as to the real property located at 17 Harborage Ave, Bayville, NJ 08721, and for good cause shown, it is:

    ORDERED that the confirmation of the Chapter 13 Plan is DENIED.

S<small>TEVEN</small> P. K<small>ELLY</small>, E<small>SQ</small>.
S<small>TERN</small> & E<small>ISENBERG</small>, PC
1040 N. K<small>INGS</small> H<small>IGHWAY</small>, S<small>UITE</small> 407
C<small>HERRY</small> H<small>ILL</small>, NJ 08034
T<small>ELEPHONE</small>: (609) 397-9200
F<small>ACSIMILE</small>: (856) 667-1456

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| In Re: <br><br> Arvene R. Yeager <br><br> Debtor(s) | Chapter 13 <br><br> Case Number: 18-30126-CMG <br><br> Judge: Christine M. Gravelle |
|---|---|

**Memorandum of Law in Support of Objection of Aspen Properties Group LLC to Chapter 13 Plan. With Respect to Real Property Located at 17 Harborage Ave, Bayville, NJ 08721**

  The issues presented in the instant motion are not complicated. Therefore, no memorandum of law is required.

               Respectfully Submitted:

               Stern & Eisenberg, PC

               *By: /s/ Steven P. Kelly, Esq.*
               Steven P. Kelly, Esq.
               Stern & Eisenberg, PC
               1040 N. Kings Highway, Suite 407
               Cherry Hill, NJ 08034
               skelly@sterneisenberg.com
               Phone: (609) 397-9200
               Fax: (856) 667-1456
               Bar Number: 010032010
Date: February 12, 2019         Counsel for Movant

STEVEN P. KELLY, ESQ.,
1040 N. KINGS HIGHWAY, SUITE 407
CHERRY HILL, NJ 08034
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| In Re:<br><br>Arvene R. Yeager<br><br>Debtor(s) | Chapter 13<br><br>Case Number: 18-30126-CMG<br><br>Judge: Christine M. Gravelle |
|---|---|

**CERTIFICATE OF SERVICE**

I, STEVEN P. KELLY, ESQ., hereby certify that a true and correct copy of the within Amended Objection to the Chapter 13 Plan of Aspen Properties Group LLC, together with Order and this Certificate, was sent to the Debtor Counsel and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on the date set forth below.

                        Respectfully submitted,

                        STERN & EISENBERG, PC

                        *By:  /s/ Steven P. Kelly, Esq.*
                        Steven P. Kelly, Esq.
                        Stern & Eisenberg, PC
                        1040 N. Kings Highway, Suite 407
                        Cherry Hill, NJ 08034
                        skelly@sterneisenberg.com
                        Phone: (609) 397-9200
                        Fax: (856) 667-1456
                        Bar Number: 010032010
DATE:  February 12, 2019         Counsel for Movant

Service List:

| Name and Address of Party(ies) Served | Relationship of Party(ies) to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☒ Notice of Electronic Filing (NEF)<br>Unless not a participant in ECF<br>☐ Other:_____<br>(as authorized by the Court*) |
| Andrew T. Archer<br>Brenner Spiller & Archer<br>175 Richey Ave<br>Collingswood, NJ 08107 | Debtor Counsel | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☒ Notice of Electronic Filing (NEF)<br>Unless not a participant in ECF<br>☐ Other:_____<br>(as authorized by the Court*) |
| Arvene R. Yeager<br>17 Harborage Ave<br>Bayville, NJ 08721 | Debtors | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☐ Notice of Electronic Filing (NEF)<br>Unless not a participant in ECF<br>☐ Other:_____<br>(as authorized by the Court*) |