UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Brenner, Spiller & Archer
175 Richey Ave
Collingswood, NJ 08107
856-963-5000
856-858-4371
Attorney for Debtor(s)

Order Filed on June 26, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Arvene Yeager

| | |
|---|---|
| Case Number: | 18-30126 |
| Hearing Date: | 6/19/19 |
| Judge: | CMG |
| Chapter: | 13 |

Recommended Local Form:    Followed    Modified

## ORDER RESOLVING SECOND AMENDED OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (3) is hereby **ORDERED**.

**DATED: June 26, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor:            Arvene Yeager
Case No:           18-30126-CMG
Caption of Order:  Order Resolving Second Amended Objection to Confirmation of Chapter 13 Plan

Upon consideration of creditor, Aspen Properties Group LLC's (hereinafter "Creditor"), Second Amended Objection to Confirmation of the Chapter 13 Plan, and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for cause shown, it is hereby;

**ORDERED** as follows:

1. The Second Amended Objection to Confirmation of Chapter 13 Plan is hereby marked **RESOLVED**

2. Debtor agress to increase the Chapter 13 Plan payment to $600.00 per month.

3. Debtor agrees to increase the length of the Chapter 13 plan to a total plan length of 41 months.

4. The increased monthly payment of $600 in the Chapter 13 plan (compared to the $220 that was originally proposed) and the accompanying increased dividend to unsecured creditors, including Creditor whose lien is to be declared unsecured, shall satisfy Creditor's objection.

5. If Debtor converts to any other Chapter of the Bankruptcy Code or if this bankruptcy case is dismissed or otherwise terminated prior to discharge, then this Order shall be null and void and nothing it it shall be used to affect Creditor's rights to the Property.

6. If a Plan is confirmed declaraing Creditor's lien as unsecured and the Property is destroyed or damaged, then, pursuant to the mortgage, Creditor shall maintain its full rights as a loss payee with respect to the insurance proceeds and as a security interest in such proceeds up to the entire balance due on its mortgage.

7. If any entity, including the holder of the first mortgage lien on the Property, forecloses on its security interest and extinguishes Creditor's lien prior to the completion of Debtor's Chapter 13 Plan, the Creditor's lien shall attach to the surplus proceeds of the foreclosure sale for the full amount of the subject loan balance at the time of the sale.

The parties hereby agree to the terms of this Order and that facsimile and/or electronic signatures shall be as valid and binding as original signatures.

_____
Andrew Thomas Archer, Esq.
*Attorney for Debtor(s)*
Brenner, Spiller & Archer
aarcher@brennerlawoffice.com
175 Richey Ave
Collingswood, NJ 08107
Telephone: (856) 963-5000
Fax: (856) 963-4371
Date: _____

/s/ Christopher M. McMonagle
_____
Christopher M. McMonagle, Esq.
*Attorney for Secured Creditor*
Stern & Eisenberg, PC
cmcmonagle@sterneisenberg.com
1581 Main St, Suite 200
Warrington, PA 18976
Telephone: (215) 572-8111
Fax: (215) 572-5025
Date: 6/17/2019