UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Brenner, Spiller & Archer
175 Richey Ave
Collingswood, NJ 08107
856-963-5000
856-858-4371
Attorney for Debtor(s)

**Order Filed on June 26, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Arvene Yeager

| | |
|---|---|
| Case Number: | 18-30126 |
| Hearing Date: | 6/19/19 |
| Judge: | CMG |
| Chapter: | 13 |

| Recommended Local Form: | Followed | Modified |
|---|---|---|

## ORDER RESOLVING SECOND AMENDED OBJECTION TO
## CONFIRMATION OF CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (3) is hereby
**ORDERED**.

**DATED: June 26, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | Arvene Yeager |
| Case No: | 18-30126-CMG |
| Caption of Order: | Order Resolving Second Amended Objection to Confirmation of Chapter 13 Plan |

Upon consideration of creditor, Aspen Properties Group LLC's (hereinafter "Creditor"), Second Amended Objection to Confirmation of the Chapter 13 Plan, and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for cause shown, it is hereby;

**ORDERED** as follows:

1.  The Second Amended Objection to Confirmation of Chapter 13 Plan is hereby marked **RESOLVED**

2.  Debtor agress to increase the Chapter 13 Plan payment to $600.00 per month.

3.  Debtor agrees to increase the length of the Chapter 13 plan to a total plan length of 41 months.

4.  The increased monthly payment of $600 in the Chapter 13 plan (compared to the $220 that was originally proposed) and the accompanying increased dividend to unsecured creditors, including Creditor whose lien is to be declared unsecured, shall satisfy Creditor's objection.

5.  If Debtor converts to any other Chapter of the Bankruptcy Code or if this bankruptcy case is dismissed or otherwise terminated prior to discharge, then this Order shall be null and void and nothing it it shall be used to affect Creditor's rights to the Property.

6.  If a Plan is confirmed declaraing Creditor's lien as unsecured and the Property is destroyed or damaged, then, pursuant to the mortgage, Creditor shall maintain its full rights as a loss payee with respect to the insurance proceeds and as a security interest in such proceeds up to the entire balance due on its mortgage.

7.  If any entity, including the holder of the first mortgage lien on the Property, forecloses on its security interest and extinguishes Creditor's lien prior to the completion of Debtor's Chapter 13 Plan, the Creditor's lien shall attach to the surplus proceeds of the foreclosure sale for the full amount of the subject loan balance at the time of the sale.

The parties hereby agree to the terms of this Order and that facsimile and/or electronic signatures shall be as valid and binding as original signatures.


_____

Andrew Thomas Archer, Esq.
*Attorney for Debtor(s)*
Brenner, Spiller & Archer
aarcher@brennerlawoffice.com
175 Richey Ave
Collingswood, NJ 08107
Telephone: (856) 963-5000
Fax: (856) 963-4371
Date: _____

/s/ Christopher M. McMonagle
_____

Christopher M. McMonagle, Esq.
*Attorney for Secured Creditor*
Stern & Eisenberg, PC
cmcmonagle@sterneisenberg.com
1581 Main St, Suite 200
Warrington, PA 18976
Telephone: (215) 572-8111
Fax: (215) 572-5025
Date: 6/17/2019

United States Bankruptcy Court
District of New Jersey

In re:
Arvene R. Yeager
         Debtor

Case No. 18-30126-CMG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Jun 26, 2019
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2019.
db             +Arvene R. Yeager,    17 Harborage Avenue,    Bayville, NJ 08721-1865

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2019 at the address(es) listed below:
        Albert Russo    docs@russotrustee.com
        Andrew Thomas Archer    on behalf of Debtor Arvene R. Yeager aarcher@brennerlawoffice.com,
         bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
        Christopher M. McMonagle    on behalf of Creditor    Aspen Properties Group LLC
         cmcmonagle@sterneisenberg.com,  bkecf@sterneisenberg.com
        Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
         dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
         kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Steven P. Kelly    on behalf of Creditor    Aspen Properties Group LLC skelly@sterneisenberg.com,
         bkecf@sterneisenberg.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        William M.E. Powers    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
         for GSAA Home Equity Trust 2005-1, Asset-Backed Certificates, Series 2005-1 ecf@powerskirn.com
        William M.E. Powers, III    on behalf of Creditor    Deutsche Bank National Trust Company, as
         Trustee for GSAA Home Equity Trust 2005-1, Asset-Backed Certificates, Series 2005-1
         ecf@powerskirn.com
                                                                                TOTAL: 9