Andrew T. Archer, Esquire
125 Route 73 North
West Berlin , New Jersey 08091
(856) 963-5000
Attorney for Debtor(s)
005272008

**Order Filed on July 7, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

|  |  |  |
|---|---|---|
|  | : | Bankruptcy Division |
|  | : | United States Bankruptcy Court |
|  | : | District of New Jersey |
| In Re: | : |  |
|  | : | Bankruptcy No. 18-30126 CMG |
|  | : |  |
|  | : | Chapter 13 |
| Arvene R. Yeager, | : |  |
|  | : |  |
| Debtor | : | Hearing Date: July 6, 2022 |
|  | : |  |
|  | : |  |

ORDER FOR EXEMPTION FROM FINANCIAL MANAGEMENT COURSE AND CERTIFICATION IN SUPPORT OF DISCHARGE

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: July 7, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**

| | |
|---|---|
| Debtor(s): | Arvene R. Yeager |
| Case No. | 18-30126 CMG |
| Caption of Order: | Order for Exemption from Financial Management Course and Certification in Support of Discharge |

This matter having come before the Court by Andrew T. Archer, Esquire, Attorney for the Debtor on Motion for Exemption from Financial Management Course and Certification in Support of Discharge, and the Court after hearing arguments of counsel; and for good cause having been shown,

IT IS HEREBY **ORDERED** that the Debtor, Arvene R. Yeager is exempt from participating in a Financial Management Course, filing the Certification of Completion of Instructional Course Concerning Financial Management and filing Certification in Support of Discharge.