Andrew T. Archer, Esquire
125 Route 73 North
West Berlin , New Jersey 08091
(856) 963-5000
Attorney for Debtor(s)
005272008

**Order Filed on July 7, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | : Bankruptcy Division |
| | : United States Bankruptcy Court |
| | : District of New Jersey |
| | : |
| | : Bankruptcy No. 18-30126 CMG |
| | : |
| | : Chapter 13 |
| Arvene R. Yeager, | : |
| | : |
| Debtor | : Hearing Date: July 6, 2022 |

### ORDER FOR EXEMPTION FROM FINANCIAL MANAGEMENT COURSE AND CERTIFICATION IN SUPPORT OF DISCHARGE

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: July 7, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**

| | |
|---|---|
| Debtor(s): | Arvene R. Yeager |
| Case No. | 18-30126 CMG |
| Caption of Order: | Order for Exemption from Financial Management Course and Certification in Support of Discharge |

This matter having come before the Court by Andrew T. Archer, Esquire, Attorney for the Debtor on Motion for Exemption from Financial Management Course and Certification in Support of Discharge, and the Court after hearing arguments of counsel; and for good cause having been shown,

IT IS HEREBY **ORDERED** that the Debtor, Arvene R. Yeager is exempt from participating in a Financial Management Course, filing the Certification of Completion of Instructional Course Concerning Financial Management and filing Certification in Support of Discharge.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-30126-CMG
Arvene R. Yeager  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 2
Date Rcvd: Jul 08, 2022  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arvene R. Yeager, 17 Harborage Avenue, Bayville, NJ 08721-1865 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2022   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew Thomas Archer | on behalf of Debtor Arvene R. Yeager aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Steven P. Kelly | on behalf of Creditor Aspen Properties Group LLC skelly@sterneisenberg.com bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 08, 2022 | Form ID: pdf903 | Total Noticed: 1 |

William M.E. Powers
    on behalf of Creditor Deutsche Bank National Trust Company as Trustee for GSAA Home Equity Trust 2005-1, Asset-Backed Certificates, Series 2005-1 ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor Deutsche Bank National Trust Company as Trustee for GSAA Home Equity Trust 2005-1, Asset-Backed Certificates, Series 2005-1 ecf@powerskirn.com

TOTAL: 8